# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1884
LT Case No. 2016-CF-000907

———————————————

ANTONIO JENKINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Antonio Jenkins, Bonifay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

August 4, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____